UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JENNY D. BICKLEY

    Plaintiff,

v.                                    Case No. 2:16cv131

EVE GREGORY,
Individually and
Trading as
AMC COLLECTIONS and
DEBT RECOVERY,
And
CHARLES GREGORY,

    Defendants.

### FINAL ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment (ECF No. 8) filed on June 10, 2016. The matter was referred to a United States Magistrate Judge by Order of January 7, 2015 (ECF No. 13), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation (ECF No. 17) was filed on October 7, 2016. The magistrate judge recommended the court grant the plaintiff's Motion for Default Judgment.

By copy of the Report and Recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's Report and Recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed October 7, 2016. Accordingly, plaintiff's Motion for Default Judgment is **GRANTED**, and default judgment is **ENTERED** against defendants, jointly and severally, in the amount of:

(1) $3,500.00 in actual damages ($2,000.00 for emotional distress and $1,500.00 for out-of-pocket expenses);

(2) $1,000.00 in statutory damages; and

(3) $9,825.00 in attorney's fees and $424.00 in costs.

The court further **AWARDS** post-judgment interest to the plaintiff and **DENIES** pre-judgment interest to the plaintiff.

The Clerk shall so enter judgment for the plaintiff.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

October 26, 2016